Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-405-931**
**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 31, 2024

## Title

**Title of Work:** Tropical Watermelon Glitter #4

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 30, 2020
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-405-928**

**Effective Date of Registration:**
April 19, 2024

**Registration Decision Date:**
July 31, 2024

## Title

**Title of Work:** Sparkling Gold Brown Glitter Glam #1

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 07, 2020
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
## VA 2-404-307
**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 19, 2024

---

## Title
**Title of Work:** Classic Lavender Gold Geo #1

## Completion/Publication
**Year of Completion:** 2019
**Date of 1st Publication:** November 13, 2019
**Nation of 1st Publication:** Germany

## Author
- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant
**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions
**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification
**Name:** David Denholm
**Date:** April 19, 2024

Page 1 of 2

